# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIM. NO. 3:25-CR-11-TES-5 |
| v. | : | |
| | : | |
| MYRON NED STODGHILL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER GRANTING MOTION TO CONTINUE TRIAL

Before the Court is Defendant Myron Ned Stodghill's Consent Motion to Continue Trial. [Doc. 152]. Trial is currently set to begin on July 27, 2026, and the government does not oppose a continuance. [*Id.* at pp. 1–2].

In his Motion, Defendant Stodghill asserts that his counsel "has an out-of-country vacation scheduled for July 22, 2026 through August 7, 2026 . . ." [*Id.* at p. 1]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Consent Motion to Continue Trial [Doc. 152]. Defendant Stodghill's trial, if necessary, will be continued until September 7, 2026. Defendant Stodghill must comply with all other dates and deadlines in the Court's Second Amended Scheduling Order [Doc. 151].

**SO ORDERED**, this 13th day of February, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**